## ADAMS ET AL. v. FLORIDA POWER CORP. ET AL.

No. 01–584. Argued March 20, 2002—Decided April 1, 2002

*John G. Crabtree* argued the cause for petitioners. With him on the briefs was *Edward L. Scott.*

*Glen D. Nager* argued the cause for respondents. With him on the brief were *Daniel H. Bromberg, Rodney E. Gaddy,* and *Nancy F. Reynolds.* *

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*

---

*Briefs of *amici curiae* urging reversal were filed for AARP et al. by *Laurie A. McCann, Daniel B. Kohrman, Thomas W. Osborne,* and *Melvin Radowitz;* for the Cornell University Chapter of the American Association of University Professors et al. by *Michael Evan Gold;* and for the National Employment Lawyers Association by *Cathy Ventrell-Monsees.*

Briefs of *amici curiae* urging affirmance were filed for the Atlantic Legal Foundation by *Martin S. Kaufman;* for the Chamber of Commerce of the United States by *Mark S. Dichter, Stephen A. Bokat,* and *Joshua A. Ulman;* for the Equal Employment Advisory Council by *Ann Elizabeth Reesman* and *Rae T. Vann;* and for the Pacific Legal Foundation by *John H. Findley.*

*Alfred W. Blumrosen, Ruth G. Blumrosen, Archibald J. Thomas III,* and *Russell S. Bohn* filed a brief for the Academy of Florida Trial Lawyers as *amicus curiae.*